AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 22-mj-5440-JGD |
| Patrick Baxter | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 4, 2021, July 2, 2021, and November 2, 2021  in the county of  Middlesex  in the

District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A | Posession of Child Pornography |
| 18 U.S.C. § 2252A | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See affidavit of FBI Special Agent Bryce Montoya, attached hereto.

☑ Continued on the attached sheet.

*Complainant's signature*

Bryce Montoya, Federal Bureau of Investigation Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date:   12/07/2022

*Judge's signature*

City and state:   Boston, MA

Honorable Judith G. Dein, United States Magistrate Judge

*Printed name and title*