AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF PRELIMINARY EXAMINATION OR HEARING** |
| Patrick Baxter | (Rule 5 or 32.1, Fed. R. Crim. P.) |
| | CASE NUMBER: 22-5440-JGD |

I, __Patrick Baxter__, charged in a ☒ complaint ☐ petition pending in this District with _____ in violation of Title __18__ . U.S.C. __2252A__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

__12/14/22__
Date