# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff<br><br>V.<br><br>**PATRICK BAXTER,**<br>Defendant | )<br>)<br>)<br>)<br>)  CRIMINAL NO. 1:23-cr-10001-ADB<br>)<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

Please enter my appearance as co-counsel for Patrick Baxter, the defendant in the above-entitled action.

                                                                          Respectfully Submitted

                                                                          */s/ Natalie Sreca*
                                                                          Natalie Sreca, Esq.
                                                                          Simons Law Office
                                                                          10 Post Office Square, Suite 800
                                                                          Boston, MA  02109
                                                                          (617) 544-9000
                                                                          BBO #706732

Dated:  January 6, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 6, 2023.

                                                                          */s/ Natalie Sreca*
                                                                          Natalie Sreca