UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK BAXTER,<br><br>Defendant. | Criminal No. 23-10001 |

**JOINT INITIAL STATUS REPORT AND REQUEST TO CANCEL HEARING**

Pursuant to Local Rule 116.5(a), the parties hereby file the following joint initial status report prepared in connection with the interim status conference scheduled for March 2, 2023, and request that the initial status conference be cancelled and that a status conference be scheduled in approximately 45 days.

(1)   Automatic Discovery/Pending Discovery Requests

The Government provided automatic discovery.

(2)   Additional Discovery

The Government does not anticipate providing additional discovery at this time.

(3)   Timing of Additional Discovery Requests

The defendant has not requested any additional discovery, but reserves the right to request additional discovery.

(4)   Protective Orders

At this time, the parties do not anticipate seeking any protective orders.

(5)   Pretrial Motions

It is premature to decide whether the Defendant will file any pretrial motions under Fed. R. Crim. P. 12(b).

(6)     Expert Discovery

The Government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)     Speedy Trial Act

The parties request that the time between March 2, 2023 and the date of the next status conference be excluded from the calculations of the Speedy Trial Act, in the interests of justice, to afford the parties the opportunity to review discovery, and discuss a possible resolution of the case without the need for a trial.

(8)     Next Status Conference

Given all of the foregoing information, the parties request that the initial status conference, scheduled for March 2, 2023, be canceled and further status conference be scheduled in approximately 45 days.

Respectfully submitted,

| PATRICK BAXTER<br><br>By his attorney,<br><br><br>*/s/ Joseph Simons*<br>JOSEPH SIMONS | UNITED STATES OF AMERICA,<br><br>By its attorney,<br><br>RACHAEL S. ROLLINS<br>United States Attorney<br><br>*/s/ David Tobin*<br>David Tobin<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>david.tobin@usdoj.gov<br>617.748.3100 |

Dated: March 1, 2023

## CERTIFICATE OF SERVICE

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      */s/ David Tobin*
David Tobin
Assistant United States Attorney

Dated: March 1, 2023