# SIMONS | LAW OFFICE

Joseph B. Simons  
joe@jbsimonslaw.com  
Tel (617) 544-9000

10 Post Office Square #800  
Boston, MA 02109  
Fax (617) 275-0934

April 4, 2023

David G. Tobin, Esq.
Assistant U.S. Attorney
Moakley U.S. District Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

**RE: United States v. Patrick Baxter**
**No. 1:23-cr-10001-ADB**

Dear Attorney Tobin,

On behalf of the defendant, Patrick Baxter, and pursuant to Local Rule 116.3, undersigned counsel makes the following discovery requests:

The requests contained herein apply to all documents and information in the government's possession, custody, or control, whether obtained prior to the indictment in this case or obtained in connection with any subsequent or ongoing investigation(s).

1. A list of all witnesses expected to testify at trial for the government, including the name, address, and criminal record of each expected witness.

2. All law enforcement reports concerning the investigation of Mr. Baxter not already disclosed, if any.

3. All recorded witness interviews, including but not limited to those with Vanessa Baxter and Patrick Baxter.

4. All evidence logs.

5. Full size images associated with the search warrant of Mr. Baxter's home, and any other photographic or video evidence.

6. All documentation from the Child Exploitation Operational Unit.

7. All documentation from The National Center for Missing & Exploited Children.

8. The search warrant application, return, and all related materials.

I reserve the right to supplement this request. Thank you and please do not hesitate to contact me if you have any questions.

Sincerely,

*/s/ Joseph B. Simons*
Joseph B. Simons

Cc: Clerk, United States District Court (by ECF)
Mr. Patrick Baxter

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 4, 2023.

*/s/ Joseph B. Simons*
Joseph B. Simons