UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff<br><br>V.<br><br>**PATRICK BAXTER,**<br>    Defendant | )<br>)<br>)<br>)<br>)   CRIMINAL NO. 1:23-cr-10001-ADB<br>)<br>)<br>)<br>) |

**MOTION TO MODIFY CONDITIONS OF RELASE**

Defendant Patrick Baxter moves this Honorable Court to modify the following conditions of his pre-trial release:

- "Do not have any direct or indirect unsupervised contact with anyone under the age of 18…"; and

- "Do not access the internet…[or] any computer or other device capable of connecting to the internet…"

As for the condition regarding contact with children, Mr. Baxter seeks to have this condition modified to allow him to have unsupervised contact with his own two children. As noted in the attached letter, his wife Vanessa Baxter (and the children's mother), is supportive of this request. The condition has been difficult on the family, and there is no allegation that Mr. Baxter has ever done anything inappropriate with the children. The probation department assents to this request, but the government objects.

As for the internet and device restriction, Mr. Baxter asserts that his ability to communicate with his attorney and share documents and ideas is severely limited, as the majority of communication between undersigned counsel and clients occurs via email and other

electronic means. In addition, the conditions allow for him to work, but that he is unable to seek employment without internet access. He lost his job after news of the indictment reached his former employer. Mr. Baxter states that nearly all jobs require the use of online applications and/or email addresses, and many require internet access while on the job. He had previously held an engineering position at the City of Cambridge's Traffic, Parking & Transportation Department. Without the internet, he has been unable to secure, or even apply for, employment, leaving his wife as the only breadwinner. Mr. Baxter requests that the Court allow him to use a cell phone and a laptop computer and to order that they be monitored by the probation department. Undersigned counsel has confirmed with the probation department that they have the capability of utilizing monitoring software for probationers, but that their policy is to object to its use for pre-trial defendants, and therefore the probation department objects to this request. The government also objects to this request.

                                                              Respectfully Submitted
                                                              For the Defendant,
                                                              PATRICK BAXTER,

                                                              _____
                                                              Joseph B. Simons, Esq.
                                                              Simons Law Office
                                                              10 Post Office Square, Suite 800
                                                              Boston, MA  02109
                                                              (617) 544-9000
                                                              BBO #684030

Dated:  April 20, 2023

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 20, 2023.

_____
Joseph B. Simons, Esq.