April 17, 2023

To whom it may concern,

I understand what my husband is being charged with. I also understand that everyone is innocent until proven guilty. That being said, I have known my husband for over 12 years. He is a caring, loving, honest and a hard working individual. We have coparented and raised our children together. He is very attentive and caring, making sure no harm would come to them.

Co-parenting I believe  is crucial to the development of both our children and our way of life. Both kids have activities, including, scouts, dance, swim lessons, and birthday parties. Having to take both kids to each other's' event feels like punishment for the other sibling. They don't understand why they can't be at home spending time with their father or just playing with their toys.  Even quick tasks, like picking up something at the grocery store, running errands, or taking the dog for a walk have become taxing, adding another layer of stress to an already extremely stressful situation.

Having Patrick not be able to watch the kids until their grandparents can pick them up has made my work obligations difficult. I am currently the only breadwinner in the family and although my employer has been flexible, the restrictions placed on us by the courts have created challenges.

I am asking the court to allow my husband his parenting rights and to be able to spend time with his children.

Thank you,

ID Y3DSgGSsviwyMTrWtddNTbL4
Vanessa Baxter

## eSignature Details

**Signer ID:**       **Y3DSgGSsviwyMTrWtddNTbL4**
Signed by:           Vanessa Baxter
Sent to email:       vfbaxter@gmail.com
IP Address:          96.230.12.227
Signed at:           Apr 18 2023, 2:12 am EDT