UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No: 23-10001-ADB |
| ) | |
| PATRICK BAXTER ) | |
| ) | |

GOVERNMENT'S OPPOSSITION TO MOTION TO MODIFY CONDITIONS OF RELEASE

The United States opposes Defendant's motion to amend his conditions of pretrial release to allow Defendant to have unsupervised contact with own minor children and to access the internet.

The United States initially moved to have Defendant detained, but withdrew its detention request in light of the conditions of release recommended by Probation. The United States is concerned for the safety of Defendant's children. The evidence is that Defendant received and possessed child pornography. It is likely that Defendant has a sexual attraction to children and acted on that attraction. Although the undersigned is unaware of any evidence that Defendant inappropriately touched a child in a sexual manner, any risk of such an act is unacceptable. It is imperative that Defendant have no unsupervised contact with any children including his own. The risk to Defendant's children would be increased if Defendant's wife was outside of the home due to her employment leaving the children alone with Defendant.

The defendant committed his crimes using a computer and the internet. He should not be allowed access to the internet. The risk that Defendant will use that access to view and download child pornography is too great. The government has no knowledge that Defendant is engaged in any sort of therapy to curb his interest in child pornography. Viewing child pornography has been compared to an addiction. If Defendant is addicted to child pornography

and is not receiving therapy to deal with that addition, he should not be granted unsupervised access to any child. There are ways to look for employment that do not involve the internet. There are jobs that do not require internet access, even if Defendant's most recent position is not among them.

        Respectfully submitted,

        RACHAEL S. ROLLINS
        United States Attorney

By:    /s/ David G. Tobin
        DAVID G. TOBIN
        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

        /s/ David G. Tobin
        DAVID G. TOBIN
        Assistant U.S. Attorney