UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK BAXTER,<br><br>Defendant. | Criminal No. 23-10001-ADB |

**JOINT STATUS REPORT AND REQUEST TO CANCEL HEARING**

Pursuant to Local Rule 116.5(a), the parties hereby file the following joint status report prepared in connection with the status conference scheduled for June 9, 2023, and request that the status conference be cancelled and that a final status conference be scheduled in approximately 45 days.

(1)   Automatic Discovery/Pending Discovery Requests

The Government provided automatic discovery.

(2)   Additional Discovery

The defense requested additional discovery and the government provided some of the materials sought.

(3)   Timing of Additional Discovery Requests

The defendant reserves the right to request additional discovery.

(4)   Protective Orders

At this time, the parties do not request any protective orders, but may request such orders in the future.

(5)   Pretrial Motions

It is premature to decide whether the Defendant will file any pretrial motions under Fed. R. Crim. P. 12(b).

(6) <u>Expert Discovery</u>

The Government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7) <u>Defenses</u>

The defense does not intend to raise the defenses of insanity, public authority or alibi, but reserves the right to do so.

(8) <u>Speedy Trial Act</u>

The parties request that the time between June 9, 2023 and the date of the next status conference be excluded from the calculations of the Speedy Trial Act, in the interests of justice, to allow a review of automatic discovery, consider possible motions, and to engage in discussions about resolving the case.

(9) <u>Plea Negotiations</u>

The parties are not engaged in plea negotiations.

(10) <u>Next Status Conference</u>

Given all of the foregoing information, the parties request that the status conference, scheduled for June 9, 2023, be canceled and a final status conference be scheduled in approximately 45 days.

Respectfully submitted,

| PATRICK BAXTER | UNITED STATES OF AMERICA, |
|---|---|
| By his attorney, | By its attorney, |
| | JOSHUA S. LEVY<br>Acting United States Attorney |
| */s/ Joseph Simons*<br>Joseph Simons<br>10 Post Office Square, Suite 800<br>Boston, MA 02109<br>joe@jbsimonslaw.com<br>617.544.9000 | */s/ David Tobin*<br>David Tobin<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>david.tobin@usdoj.gov<br>617.748.3100 |

## CERTIFICATE OF SERVICE

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                */s/ David Tobin*
                                                David Tobin
                                                Assistant United States Attorney

Dated: June 8, 2023