UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
23-10001-ADB

UNITED STATES OF AMERICA

v.

PATRICK BAXTER

**FINAL STATUS REPORT**

June 9, 2023

DEIN, M.J.

A Final Status Conference was scheduled to be held remotely before this court on June 9, 2023 pursuant to the provisions of Local Rule 116.5(c), but with the court's consent the parties proceeded by way of a Joint Status Report. Based on that Report, this court enters the following report and orders to wit:

1. The parties request that the District Judge schedule an initial status conference no sooner than 45 days from this date, to enable the defendant time to complete his own investigation.

2. Discovery is complete except for that discovery not yet due under the Local Rules. There are no outstanding or anticipated discovery disputes.

3. The defendant has not filed any dispositive motions.

4. The government will provide its expert disclosures 21 days before trial. The defendant will provide expert discovery 14 days before trial.

5. Based upon the prior orders of the court dated January 19, 2023, March 2, 2023, April 12, 2023 and the order entered contemporaneously herewith, at the time of the initial status conference before the District Judge there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. It is too early to determine if a trial will be necessary.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

     / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE