# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No:  23-CR-10001-ADB |
| ) | |
| PATRICK BAXTER, ) | |
| ) | |
| Defendant. ) | |

## ASSENTED-TO MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully move this Honorable Court to exclude the time from June 27, 2023, through and including September 5, 2023, the date of the next status conference in the case scheduled by the Court from the calculations of the Speedy Trial Act.  The government makes this motion pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the ground that the ends of justice served by excluding this period outweigh the best interests of the public and the Defendant in a speedy trial.  Specifically, the excluded time will afford the defense the necessary time to review the forensic evidence in the case and for  the parties to discuss a resolution of the case.

In support of this request, the government states that at the last status conference held on June 27, 2023, the Court scheduled a further status conference for September 5, 2023, and instructed the government to file a motion to exclude the time from the provisions of the Speedy Trial Act.

The parties agree that the period of time they seek to have excluded from the calculations of the Speedy Trail Act constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the

1

requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Counsel for the defendant assents to this motion.

                                          Respectfully submitted,

                                          JOSHUA S. LEVY
                                          Acting United States Attorney

                                  By: /s/ David G. Tobin
                                          DAVID G. TOBIN
                                          Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                          /s/ David G. Tobin
                                          Assistant United States Attorney

Dated: June 30, 2023