UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>     **Plaintiff**<br><br>v.<br><br>**PATRICK BAXTER,**<br>     **Defendant.** | )<br>)<br>)<br>)<br>)   CRIMINAL NO. 1:23-CR-10001-ADB<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION TO SUPPRESS

Defendant Patrick Baxter moves this Honorable Court, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, to suppress as evidence against him any item seized during a search of his home on November 2, 2021. As grounds, the evidence was seized in violation of the Fourth Amendment to the United States Constitution.

 

Respectfully Submitted,
PATRICK BAXTER
By his attorney

/s/ Joseph B. Simons
Joseph B. Simons, Esq.
Simons Law Office
10 Post Office Square, Suite 800
Boston, MA  02109
Dated: September 4, 2023                   (617) 544-9000
BBO # 684030

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 4, 2023.

_____
JOSEPH B. SIMONS