# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 1:23-CR-10001-ADB** |
| | ) | |
| **PATRICK BAXTER,** | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT OF PATRICK BAXTER
## IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS

I, Patrick Baxter do state that the following is true to the best of my knowledge, information, and belief:

1. I am the defendant in the above-referenced case.

2. The FBI searched my home, where I lived with my wife and two children, on November 2, 2021.  They claim to have recovered devices during the search, one of which allegedly contained child pornography.

3. Attached as an exhibit to the Motion to Suppress is a copy of the Affidavit sworn by Special Agent Montoya to support an application for a search warrant, provided by the United States in discovery in this case.

4. I did not give consent for any search related to this matter.

Signed under the pains and penalties of perjury this Fourth day of September, 2023,



Patrick Baxter

# eSignature Details

**Signer ID:**      **yPmSkRk8Gizpm7Y7SRvqCa6C**
Signed by:          Patrick Baxter
Sent to email:      Pwbaxter@gmail.com
IP Address:         100.0.28.139
Signed at:          Sep 4 2023, 8:02 pm EDT