UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>PATRICK BAXTER,<br>    Defendant. | )<br>)<br>)<br>)<br>)   CRIMINAL NO. 1:23-CR-10001-ADB<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO FILE DOCUMENT UNDER SEAL**

      Defendant Patrick Baxter moves this Honorable Court for leave to file the search warrant affidavit, which is referred to as exhibit 1 in the motion to suppress memorandum, under seal. In support of this request, Mr. Baxter states that the warrant affidavit contains sensitive information, such as his home address, as well as graphic details about alleged child pornography that should not be available for public viewing.

                                                                             Respectfully Submitted,
                                                                            PATRICK BAXTER
                                                                            By his attorney

                                                                            /s/ Joseph B. Simons
                                                                            Joseph B. Simons, Esq.
                                                                            Simons Law Office
                                                                            10 Post Office Square, Suite 800
                                                                            Boston, MA  02109
Dated: September 4, 2023                               (617) 544-9000
                                                                            BBO # 684030

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 4, 2023.

                                              _____
                                              JOSEPH B. SIMONS