UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>PATRICK BAXTER         ) | Criminal No:  23-1001-ADB |

**ASSENTED TO MOTION FOR EXCLUSION OF TIME
UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through the undersigned Assistant United States Attorney, with the assent of counsel for Patrick Baxter, Attorney Natalie I. Sreca, respectfully moves this Court to exclude the time period from January 18, 2024 through and including March 19, 2024, the date of the next scheduled status conference in this case, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by excluding this period outweigh the best interests of the public and the Defendant in a speedy trial.  In support of this request, the government avers that Defendant has requested a further status conference in order to complete a review of discovery.

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ David G. Tobin*
DAVID G. TOBIN
Assistant United States Attorney

1

**CERTIFICATE OF SERVICE**

      I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                       */s/ David G. Tobin*
                                                    Assistant U.S. Attorney