UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 23-10001-ADB |
| ) | |
| PATRICK BAXTER ) | |

<u>ASSENTED TO MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT</u>

The United States of America, by and through the undersigned Assistant United States Attorney, with the assent of counsel for Patrick Baxter, respectfully moves this Court to exclude the time period from March 19, 2024, to the date the trial in this matter commences from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by excluding this period outweigh the best interests of the public and the Defendant in a speedy trial.  In support of this request, the government avers the time is needed by both parties to prepare for trial

                JOSHUA S. LEVY
                Acting United States Attorney

By:   <u>/s/ David G. Tobin</u>
       DAVID G. TOBIN
       Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ David G. Tobin*
Assistant U.S. Attorney
