UNITED STATES DISTRICT COURT DISTRICT
OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PATRICK BAXTER )  | Criminal No:  23-10001-ADB |

ASSENTED TO MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through the undersigned Assistant United States Attorney, with the assent of counsel for Patrick Baxter, respectfully moves this Court to exclude the time period from November 13, 2023 through January 18, 2024 from the calculations of the Speedy Trial Act, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by excluding this period outweigh the best interests of the public and the Defendant in a speedy trial.  In support of this request, the government avers that at a status conference on November 13, 2023, the defendant's counsel, Attorney Joseph Simons, assented to the exclusion of time.  See Docket entry 53.  The time was needed for evidence review and consultation.

                                                          JOSHUA S. LEVY
                                                          Acting United States Attorney

By:  */s/ David G. Tobin*
      DAVID G. TOBIN
      Assistant United States Attorney

1

**<u>CERTIFICATE OF SERVICE</u>**

 I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ David G. Tobin*
Assistant U.S. Attorney
