# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| Patrick Baxter, | ) Case No. 23-10001-ADB |
| | ) |
| Defendant | ) |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the United States in the above-captioned matter.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Jessica L. Soto*
JESSICA L. SOTO (BBO# 683145)
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3686
Jessica.Soto2@usdoj.gov

Dated: April 11, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document will be filed through the ECF system of the Court, which system will serve counsel for the defendant electronically on this 11 day of April 2024.

Dated: April 11, 2024                            */s/ Jessica L. Soto*
                                                                JESSICA L. SOTO
                                                                Assistant United States Attorney