UNITED STATES DISTRICT COURT DISTRICT
OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 23-10001-ADB |
| ) | |
| PATRICK BAXTER ) | |

### GOVERNMENT'S MOTION TO CONTINUE TRIAL

The United States of America, by and through the undersigned Assistant United States Attorneys, respectfully moves this Honorable Court to continue the trial in this matter from May 13, 2024, to August 12, 2024. In support of this motion, the United States avers that two important government witnesses are unavailable the week of May 12, 2024. Federal Bureau of Investigation ("FBI") Special Agent Bryce Montoya, the lead case agent, will be unavailable due to a planned long-term leave of absence expected to begin around the time of trial and continue through the end of June 2024. FBI Task Force Officer Yu Kajita, who as a member of the New England Regional Computer Forensics Laboratory examined the defendant's devices and did additional work in the case, will be out of the country the week of May 12, 2024.

Both Special Agent Montoya and Task Force Officer Kajita are important government witnesses and the government's presentation of its case will be severely compromised if the government is forced to go to trial without the two witnesses.

The undersigned has been informed that the Court is available for trial the weeks of August 5th and August 12th. Counsel for Mr. Baxter has informed the undersigned that he is unavailable the week of August 5th.

The defendant is not in pretrial custody.

The Court has excluded all time from the date of Indictment, January 5, 2023 to the trial date of May 13, 2024.  See Docket entries 22, 26, 31, 38, 43, 56 ,61 and 64.

The United States moves this Court to exclude the time period from May 13, 2024 to the date of the rescheduled trial from the calculations of the Speedy Trial Act, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by excluding this period outweigh the best interests of the public and the Defendant in a speedy trial.

The defendant objects to this motion.

                          JOSHUA S. LEVY
                          Acting United States Attorney

By:   */s/ David G. Tobin*
      DAVID G. TOBIN
      JESSICA L. SOTO
      Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                */s/ David G. Tobin*
                                                Assistant U.S. Attorney