UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No:   23-10001-ADB |
| ) | |
| PATRICK BAXTER, ) | |
| Defendant. ) | |

**MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

Now comes the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Honorable Court to exclude from May 13, 2024 to June 24, 2024 from the calculations of the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by excluding this period outweighs the best interests of the public and the Defendant in a speedy trial.

In support of this request, the government avers that on March 19, 2024 the Court scheduled trial in this matter for May 13, 2024.  See Docket No. 58.  On the same date, the Court allowed the government's assented to motion to exclude time and excluded from March 19, 2024 to May 13, 2024 from the provisions of the Speedy Trial Act.  See Docket Nos. 60 and 61.  On April 12, 2024, the government filed a motion to continue the trial to August 12, 2024 because of witness availability issues.  See Docket No. 67.  The defense opposed the motion.  At a hearing on April 15, 2024, the Court allowed the government's motion in part and continued the trial to June 24, 2024 for jury selection and July 1, 2024 for opening statements.  See Docket No. 69.  At the hearing, the Court instructed the government to file a motion to exclude the time until trial. The defense objected to the exclusion of time.  The defendant is on pretrial release.

1

The Court previously excluded all time from the date of Indictment, January 5, 2023 to the original trial date of May 13, 2024. See Docket entries 22, 26, 31, 38, 43, 56 ,61 and 64.

The government asks the Court to allow the government's motion.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:     */s/ David G. Tobin*
           DAVID G. TOBIN
           Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ David G. Tobin*
Assistant U.S. Attorney

Dated: April 23, 2024