UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff | )<br>)<br>)<br>) |  |
| v. | )<br>) | CRIMINAL NO. 1:23-CR-10001-ADB |
| **PATRICK BAXTER,**<br>Defendant. | )<br>)<br>)<br>)<br>) |  |

### DEFENDANT'S PROPOSED WITNESS AND EXHIBITS LIST

Pursuant to the Pretrial Order (Document No. 70) issued on April 16, 2024, Defendant hereby submits his proposed list of witnesses and exhibits.

**WITNESSES**

1. Vanessa Baxter – 20 Gooch Street, Melrose, MA

**EXPERT WITNESSES**

2. Steven R. Verronneau – MWV Multi-Media Forensic Investigative Services.

    a. CV, report and Notice of Expert to follow.

In the event that Defendant forms the intent to call any additional witnesses, Defendant will notify the government of the names and addresses promptly, as directed by the Pretrial Order.

**EXHIBITS**

Defendant does not intend to introduce any exhibits in his case-in-chief at this time. In the event that Defendant forms the intent to introduce any exhibits, he will provide the

government with a copy of the exhibit and supplement this list in accordance with the Pretrial Order.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>PATRICK BAXTER<br>By his attorneys |
|  |  |
| Dated: May 23, 2024 | /s/ Joseph B. Simons<br>Joseph B. Simons, Esq. (BBO# 684030)<br>Natalie Sreca, Esq. (BBO# 706732)<br>Simons Law Office<br>10 Post Office Square, Suite 800<br>Boston, MA  02109<br>(617) 544-9000 |