**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff <br><br> **v.** <br><br> **PATRICK BAXTER,** <br> Defendant. | ) <br> ) <br> ) <br> ) <br> )  **CRIMINAL NO. 1:23-CR-10001-ADB** <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS**

The Defendant, Patrick Baxter, hereby requests that, in addition to asking prospective jurors the Court's standard questions, the Court also put the following questions to the venire during jury voir dire:

**Questions Re: Attorneys, Witnesses, and Others Relevant to the Case**

1. Are you related to, friends of, or acquainted with anyone who works for the United States Attorney's Office in Massachusetts?

2. Are you related to, friends of, or acquainted with, anyone in this courtroom?

3. Are you related to, friends of, or acquainted with, anyone listed as a potential witness in this case?

4. Are you related to, friends of, or acquainted with anyone employed by the Federal Bureau of Investigation ("FBI") or any other law enforcement agency?

5. Have you, a family member, friend or close acquaintance ever worked with victims of crimes?

**Questions Re: Connections to Criminal Justice System**

6. Do you believe that law enforcement officials are generally more truthful than other witnesses?

7. Have you ever served on a jury before?

8. Have you, a family member, or close friend ever been charged with a crime involving children, sexual assault, and/or child pornography?

9. Have you, a family member, or close friend ever been a victim of a crime involving sexual assault or child pornography, even if the crime was never reported to authorities?

### Juror Biases and Personal Beliefs

10. If there is evidence that a defendant behaved improperly, or immorally, but not necessarily in violation of the crime charged, would such conduct influence your verdict?

11. If there is evidence that a defendant behaved improperly, or immorally, but not necessarily in violation of the crime charged, would such conduct prevent you from deciding the case solely on the facts and law?

12. Are you aware of any reason why you might not be able to decide this case solely on the evidence presented in court and nothing else?

13. Do you believe that prosecutors are generally more truthful than criminal defense attorneys?  Or vice versa?

### Law / Burden of Proof

14. If a defendant does not testify, would you tend to think it is because he has something to hide?

15. Does the fact that Mr. Baxter is charged with a crime mean he is probably guilty?

16. Are you at all uncomfortable with the principle that defendants in criminal cases are presumed innocent and have no responsibility to prove their innocence?

17. Do you take issue with the principle that defendants in criminal cases have no duty to take the witness stand and testify?

18. If you came to the conclusion that the prosecution had not proven its case against the defendant beyond a reasonable doubt, but a majority of your fellow jurors believed that he was guilty, would you be reluctant to express your opinion to the other jurors?

19. If you believe the prosecution has failed to prove its case beyond a reasonable doubt, but you are in the minority – or even one out of twelve – do you think you would change your mind just because everyone else was aligned against you?

20. If you have children, knowing that this case involves child pornography, would the fact that you are a parent prevent you from rendering a fair and impartial verdict?

Respectfully Submitted
For the Defendant,
PATRICK BAXTER
By his attorneys,

_____
Joseph B. Simons, Esq. BBO #684030
Natalie Sreca, Esq. BBO #706732
Simons Law Office
10 Post Office Square, Suite 800
Boston, MA  02109
(617) 544-9000

Dated: May 23, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 23, 2024.

_____
Joseph B. Simons