UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>PATRICK BAXTER,<br>    Defendant | )<br>)<br>)<br>)<br>)      CRIMINAL NO. 1:23-CR-10001-ADB<br>)<br>)<br>)<br>) |

### DEFENDANT PATRICK BAXTER'S PROPOSED JURY INSTRUCTIONS

Pursuant to Rule 30 of the Federal Rules of Criminal Procedure, Defendant Patrick Baxter proposes the following jury instructions. Mr. Baxter requests that the Court instruct the jury in accordance with the proposed instructions, in addition to other instructions normally given. Mr. Baxter reserves the right to supplement or modify these requested instructions in light of the evidence admitted at trial.

## **Nature of Indictment; Presumption of Innocence**

This criminal case has been brought by the United States government. I will sometimes refer to the government as the prosecution. The government is represented at this trial by two assistant United States attorneys, David Tobin and Jessica Soto. The defendant, Patrick Baxter, is represented by his lawyers, Joseph Simons and Natalie Sreca.

Mr. Baxter has been charged by the government with violation of a federal law. He is charged with Possession of Child Pornography and Receipt of Child Pornography. The charges against Mr. Baxter are contained in the indictment. The indictment is simply the description of the charges against him; it is not evidence of anything. Mr. Baxter pleaded not guilty to the charges and denies committing the crimes. He is presumed innocent and may not be found guilty by you unless all of you unanimously find that the government has proven his guilt beyond a reasonable doubt.[1]

---

[1] Pattern Crim. Jury Inst. 1st Cir. 1.02

## **What is Not Evidence**

Certain things are not evidence. I will list them for you:

1. Arguments and statements by lawyers are not evidence. The lawyers are not witnesses. What they say in their opening statements, closing arguments and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them from the evidence differ from the way the lawyers have stated them, your memory of them controls.

2. Questions and objections by lawyers are not evidence. Lawyers have a duty to their clients to object when they believe a question is improper under the rules of evidence. You should not be influenced by the objection or by my ruling on it.

3. Anything that I have excluded from evidence or ordered stricken and instructed you to disregard is not evidence. You must not consider such items.

4. Anything you may have seen or heard when the court was not in session is not evidence. You are to decide the case solely on the evidence received at trial.

5. The indictment is not evidence. This case, like most criminal cases, began with an indictment. You will have that indictment before you in the course of your deliberations in the jury room. That indictment was returned by a grand jury, which heard only the government's side of the case. I caution you, as I have before, that the fact that Patrick Baxter has had an indictment filed against him is no evidence whatsoever of his guilt. The indictment is simply an accusation. It is the means by which the allegations and charges of the government are brought before this court. The indictment proves nothing.[2]

---

[2] Pattern Crim. Jury Inst. 1st Cir. 3.08

## **Parties as Equals**

The fact that a case is brought in the name of the United States of America, or "the government," does not entitle the prosecutor to any special consideration.  All parties before the Court stand as equals.  Therefore, your verdict must be based on the law as I give it to you, and on the evidence and the facts that you find, and nothing else.  The question before you can never be "will the United States win or lose the case?"  The Unites States always wins when justice is done, regardless of whether the verdict is guilty or not guilty.

**<u>Reasonable Doubt</u>**

In a criminal case, the burden is at all times upon the government to prove guilt beyond a reasonable doubt. This burden never shifts to the defendant, which means that it is always the government's burden to prove beyond a reasonable doubt each element of the crime charged. If, after fair and impartial consideration of all of the evidence, you have a reasonable doubt as to any element of the crime charged, you must acquit Mr. Baxter.

If you believe the evidence establishes only that Mr. Baxter probably committed the offense – even if the evidence strongly supports that probability – then the government has not proven guilt beyond a reasonable doubt and you must find Mr. Baxter not guilty.

If your mind is wavering, unsettled, and unsatisfied because of your conscious uncertainty about the defendant's guilt, you must return a verdict of not guilty. Such uncertainty means that there is a reasonable doubt remaining and you must acquit Mr. Baxter.[3]

---

[3] <u>Holland</u> v. <u>United States</u>, 348 U.S. 121 (1954); <u>Jackson</u> v. <u>Virginia</u>, 443 U.S. 307, 315 (1979); <u>Sandoval</u> v. <u>Kentucky</u>, 114 S.Ct. 1239, 1246 (1994); <u>United States</u> v. <u>Olmstead</u>, 832 F.2d 642 (1st Cir. 1987); <u>United States</u> v. <u>Cleveland</u>, 106 F.3d 1056, 1062-63 (1st Cir. 1997).

Respectfully Submitted<br>
For the Defendant,<br>
PATRICK BAXTER,<br>
<br>
/s/ Joseph B. Simons<br>
Joseph B. Simons, Esq.<br>
Natalie I. Sreca, Esq.<br>
Simons Law Office<br>
10 Post Office Square, Suite 800<br>
Boston, MA  02109<br>
(617) 544-9000<br>
BBO #684030

Dated:  May 23, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 23, 2024.

/s/ Joseph B. Simons
Joseph B. Simons