UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PATRICK BAXTER )<br>        Defendant. )<br>) | Criminal No. 1:22-cr-10077-DJC-2 |

**DEFENDANT'S MOTION *IN LIMINE* FOR**
**ATTORNEY-CONDUCTED VOIR DIRE**

      Pursuant to Fed. R. Crim. P. 24(a)(1), the defendant Patrick Baxter moves this Honorable Court to allow the attorneys to examine prospective jurors by asking them questions designed to identify any bias or prejudice they may have in this case and thereby ensure the defendant's Sixth Amendment right to an impartial jury. Given the sensitive nature of the charges, attorney-conducted voir dire should be permitted so that any explicit or implicit bias can identified and discussed with potential jurors and the attorneys can make fully-informed decisions regarding the use of for-cause and peremptory challenges.

      WHEREFORE, for the foregoing reasons, Mr. Baxter respectfully requests this Court to grant his motion *in limine* to permit attorney-conducted voir dire.

                                  Respectfully Submitted
                                  For the Defendant,
                                  Patrick Baxter,

                                  /s/ Joseph B. Simons
                                  Joseph B. Simons, Esq.
                                  Natalie Sreca, Esq.
                                  Simons Law Office
                                  10 Post Office Square, Suite 800
                                  Boston, MA  02109
                                  (617) 544-9000
                                  MA BBO #684030
                                  MA BBO# 706732

Dated:  May 23, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 23, 2024.

                                                                                               _____
                                                                                               Joseph B. Simons