**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  23-CR-10001-ADB |
| | ) | |
| PATRICK BAXTER, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S MOTION *IN LIMINE* FOR PROPOSED METHOD FOR DISPLAY OF CHILD PORNOGRAPHY AT TRIAL

The United States of America hereby proposes the following procedures relative to the display of evidence constituting child pornography:

1. The government will maintain exhibits containing child pornography on media (i.e., disc or thumb drive) separate from other, non-pornographic exhibits.

2. The government will use a stand-alone computer to publish the videos of child pornography to the jury directly from a disc or thumb drive, rather than loading the images and videos into a trial director program.

3. The government will publish snippets from six videos to the jury.  For five of the video snippets, the approximate length of each snippet will be eight seconds.  For one video, the total snippet length will be 20 seconds.

4. The government witness through whom the child pornography exhibits will be introduced will describe each video before the visual depiction is published to the jury. The government requests that the witness be permitted to read directly from a written description.  Should the defendant request, the government will provide a written description of each exhibit to the defendant in advance of the testimony.

5. Any computer or television screens facing the gallery shall either be turned off or moved so that no member of the gallery can view child pornography exhibits as they are displayed.

6. Exhibits containing child pornography will not be loaded into JERS. Child pornography exhibits will be submitted to deliberating jurors on a separate disc with a clean, stand-alone computer that is not network-enabled.

2

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Jessica L. Soto*
DAVID G. TOBIN
JESSICA L. SOTO
Assistant United States Attorneys

Dated: May 23, 2024

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jessica L. Soto*
Jessica L. Soto
Assistant United States Attorney

Date:  May 23, 2024