UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>PATRICK BAXTER,     )<br>)<br>  Defendant.     ) | CRIMINAL NO.  23-CR-10001-ADB |

**GOVERNMENT'S MOTION *IN LIMINE* FOR SEQUESTRATION AND REQUEST FOR CASE AGENT TO SIT IN COURTROOM DURING TRIAL**

Now comes the United States, through undersigned counsel, and respectfully moves in limine pursuant to Federal Rule of Evidence 615 for sequestration at trial of any potential witnesses.  Further, per Fed. R. Evid. 615(2), the government requests that the case agent assigned to this case, Federal Bureau of Investigations ("FBI") Special Agent Bryce Montoya, who may be called as a witness at trial, be exempt from the sequestration order and be allowed to sit in the courtroom throughout the trial.  See Fed. R. Evid. 615 Advisory Committee Note citing Senate Report No. 93-1277 at 26 (1974).  The government anticipates that Special Agent Montoya will sit in the courtroom gallery.  It is proper for case agents to both assist the AUSAs throughout the trial and testify.  *See United States v. Machor*, 879 F.2d 945, 953 (1st Cir. 1989); *United States v. Gonzalez*, 918 F.2d 1129, 1138 (3rd Cir. 1990); *United States v. Crabtree*, 979 F.2d 1261, 1270 (7th Cir. 1992).

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>JOSHUA S. LEVY<br>Acting United States Attorney<br><br>*/s/ Jessica L. Soto*<br>DAVID G. TOBIN<br>JESSICA L. SOTO<br>Assistant United States Attorneys |

Dated: May 23, 2024

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                   */s/ Jessica L. Soto*
                                                                   Jessica L. Soto
                                                                   Assistant United States Attorney

Date:  May 23, 2024