UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No:   23-10001-ADB |
| ) | |
| PATRICK BAXTER, ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO CONTINUE JURY SELECTION AND TRIAL**

Now comes the United States of America, by and through the undersigned Assistant United States Attorneys, and moves this Honorable Court to continue the jury selection and trial in this matter. Jury selection is scheduled for Monday, June 24, 2024, before Magistrate Judge Paul G. Levenson. Opening statements and the presentment of witnesses is scheduled to begin on Monday, July 1, 2024, before Judge Allison D. Burroughs.

In support of this motion, the United States avers that on June 20, 2024, while reviewing evidence in preparation for trial, an agent observed images of a prepubescent child engaged in sexually explicit conduct (i.e., images that involved the lascivious exhibition of the child's genitals). Law enforcement has since identified the child and determined that the images were generated in the defendant's residence. The United States anticipates seeking a superseding indictment to account for this additional imagery, which would give rise to a more serious charge than those currently lodged against the defendant. While the United States believes that it could do so before the present trial date, it could not do so before jury selection, which is scheduled for Monday, June 24, 2024. The government informed the defense of this development; both parties believe a continuance of the trial is necessary to allow the defendant adequate time to answer to any new charges.

1

The parties request that the Court schedule a further pretrial conference on Monday, July 1, 2024. The parties ask the Court to exclude the period from June 21, 2024 to the date of the next pretrial conference from the provisions of the Speedy Trial Act, in the interests of justice, to allow time for the parties to discuss a resolution of this case without a need for a trial. The defense assents to the revised schedule.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ David G. Tobin*
DAVID G. TOBIN
JESSICA L. SOTO
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ David G. Tobin*
Assistant U.S. Attorney

Dated: June 21, 2024