≈JS 45 (5/97) - (Revised USAO MA 3/25/2011)

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Melrose
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant  yes  New Defendant _____
Magistrate Judge Case Number  22-mj-5440-JGD
Search Warrant Case Number  21-mj-5544-JGD
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10001    ☑ Yes   ☐ No

**Defendant Information:**

**Defendant Name**  Patrick Baxter    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** Acton, MA

**Birth date (Yr only):** 1988   **SSN (last 4#):** _____   **Sex:** M   **Race:** White   **Nationality:** USA

**Defense Counsel if known:** Joseph Simons; Natalie Sreca    **Address:** 10 Post Office Square, Suite 800

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** David G. Tobin; Jessica L. Soto    **Bar Number if applicable:** 552558; 683145

**Interpreter:**  ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** Acton, MA

**Arrest Date:** 12/8/2022

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Judge Dein   on 12/12/2022

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment
**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/1/2024    **Signature of AUSA:** *Jessica L. Soto*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Patrick Baxter

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC S. 2252A | Possession of Child Pornography | 1 |
| Set 2 | 18 USC S. 2252A | Receipt of Child Pornography | 2 |
| Set 3 | 18 USC S. 2251a | Sexual Exploitation of Children | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**