UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 1:23-cr-10001-ADB-1

UNITED STATES OF AMERICA

v.

PATRICK BAXTER

### ORDER ON EXCLUDABLE TIME

HEDGES, M.J.

On August 1, 2024, a grand jury returned a superseding indictment charging Defendant Patrick Baxter with possession of child pornography, 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2); receipt of child pornography, 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1); and sexual exploitation of children, 18 U.S.C. §§ 2251(a), (e).  On August 6, 2024, Mr. Baxter waived his right to appear at the arraignment on the superseding indictment.  *See* Fed. R. Crim. P. 10(b).  A final pretrial conference is scheduled for October 1, 2024, before the District Court, and a jury trial is scheduled for October 7, 2024, before the District Court.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), this Court finds that the interests of justice in this case, *i.e.*, the need to allow Mr. Baxter time to review discovery and prepare the case for trial or other disposition, outweigh the interests of the public and Mr. Baxter in holding a speedy trial consistent with 18 U.S.C. § 3161.  This Court further finds that not granting this continuance would deny counsel for both the government and Mr. Baxter a reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, it is hereby ORDERED that the Clerk of this Court enter excludable time for the period of August 6, 2024 (the date Mr. Baxter waived his appearance at the arraignment) to October 1, 2024 (the date of the final pretrial conference before the District Court).

Date: August 15, 2024

/s/ Jessica D. Hedges
United States Magistrate Judge