UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 1:23-cr-10001-ADB |
| PATRICK BAXTER<br>Defendant | ) ) ) ) | |

**DEFENDANT'S *ASSENTED-TO* MOTION FOR RULE 11 HEARING**

 Now Comes the defendant, Patrick Baxter, and respectfully moves this Honorable Court to schedule a Rule 11 hearing in the above-captioned matter. The Government assents to this request. Counsel is available on September 3, 2024 and respectfully asks the Court to schedule a hearing that day; if that date is unavailable for the Court, undersigned counsel requests that counsel have the opportunity to confer and propose alternative dates that work for the parties.

            Respectfully Submitted
            For the Defendant,
            Patrick Baxter,

            /s/ Joseph B. Simons
            _____
            Joseph B. Simons, Esq.
            Natalie Sreca, Esq.
            Simons Law Office
            10 Post Office Square, Suite 800
            Boston, MA  02109
            (617) 544-9000
            MA BBO #684030
            MA BBO# 706732

Dated:  August 23, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 23, 2024.

            /s/ Joseph B. Simons
            _____
            Joseph B. Simons