# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 1:23-cr-10001-ADB** |
| ) | |
| **PATRICK BAXTER** ) | |
| **Defendant** ) | |

## DEFENDANT'S *ASSENTED-TO* MOTION TO CANCEL RULE 11 HEARING

Now Comes the defendant, Patrick Baxter, and respectfully moves this Honorable Court to cancel the Rule 11 that is currently scheduled for Monday, September 3, 2024. The Government assents to this request.  Undersigned counsel had mistakenly understood that the parties were in agreement on the terms of a plea, but alas, the parties have been unable to reach a full agreement, and therefore, Mr. Baxter has expressed his intent to go forward with the trial as initially planned.

Respectfully Submitted
For the Defendant,
Patrick Baxter,

Joseph B. Simons, Esq.
Natalie Sreca, Esq.
Simons Law Office
10 Post Office Square, Suite 800
Boston, MA  02109
(617) 544-9000
MA BBO #684030
MA BBO# 706732

Dated:  August 29, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 29, 2024.

Joseph B. Simons