UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>PATRICK BAXTER,    )<br>)<br>Defendant.    ) | CRIMINAL NO. 23-CR-10001-ADB |

**ASSENTED-TO MOTION**
**FOR CHANGE OF FINAL PRE-TRIAL CONFERENCE DATE**

The United States of America, by and through the undersigned Assistant United States Attorneys, respectfully moves this Court to move up the final pre-trial conference date from October 1, 2024 at 10:00am to September 26, 2024 at 11:30am. The reason for this motion is a scheduling conflict on the government's part. Counsel for the defendant assents to this motion.

                                                                                    Respectfully submitted,

                                                                                    JOSHUA S. LEVY
                                                                                    Acting United States Attorney

                                                                    By:  /s/ Jessica L. Soto
                                                                            David G. Tobin
                                                                            Jessica L. Soto
Date: September 17, 2024                            Assistant United States Attorneys


**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


                                                                    /s/ Jessica L. Soto
Dated: September 17, 2024                       Assistant United States Attorney