**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>    Plaintiff )<br> )<br>**V.** )<br> )<br>**PATRICK BAXTER,** )<br>    Defendant )<br> ) | **CRIMINAL NO. 1:23-CR-10001-ADB** |

## DEFENDANT PATRICK BAXTER'S TRIAL BRIEF

Defendant submits this brief in accordance with the Court's August 2, 2024 Order and in response to the Government's Trial Brief filed on September 24, 2024, specifically to address anticipated legal and evidentiary issues raised by the Government.

### I. PROCEDURAL HISTORY

Mr. Baxter was charged by Complaint and arrested on December 8, 2022 (Document 1, 4). A grand jury subsequently indicted Mr. Baxter on one count Possession of Child Pornography and one count of Receipt of Child Pornography. (Document 15). Mr. Baxter filed a motion suppress evidence obtained pursuant to a search warrant, which was denied by this Court on October 30, 2023. (Document 51). Trial was initially scheduled for May 13, 2024 and subsequently continued to July 1, 2024 with Jury Selection to begin on June 24, 2024. On the eve of Jury Selection, the government informed defense counsel that new images of Minor 1 had been discovered during the government's trial preparations. The government informed defense counsel of its intention to seek a superseding indictment to include an additional charge pertaining to the images of Minor 1. As a result, trial was continued to August 12, 2024, with a back up date of October 7, 2024. On August 1, 2024, a grand jury returned a superseding indictment, charging Mr. Baxter with one count of Possession of Child Pornography, one count of Receipt of Child Pornography, and one count of Sexual Exploitation of Children. (Document 101). The trial is scheduled to begin on October 7, 2024.

## II. EVIDENCE

Mr. Baxter previously provided a witness list to the government, which included Vanessa Baxter. Mr. Baxter has since notified the government that he may not call Mrs. Baxter as a witness. As trial preparations are ongoing, Mr. Baxter reserves the right to amend his witness list, and will notify the government of any further changes in a timely manner.

Mr. Baxter reserves the right to seek to introduce images stored on the SSD. Mr. Baxter and counsel will be reviewing those images on Thursday September 26, 2024.

Mr. Baxter reserves the right to raise objections to the government's proposed exhibits on the basis of relevance pursuant to Federal Rules of Evidence Rule 401 and prejudice pursuant to Federal Rules of Evidence Rule 403.

## III. ANTICIPATED LEGAL AND EVIDENTIARY ISSUES

a. *Display of Child Pornography*

Mr. Baxter received the government's proposal for display of child pornography regarding Minor 1 today, September 24, 2024. Mr. Baxter and counsel are considering this proposal and will report to the Court any additional suggestions for such display.

b. *Specific Unanimity*

Mr. Baxter received the government's proposed instruction on Specific Unanimity and motion *in limine* on specific unanimity. Mr. Baxter is currently considering the government's proposed instruction and motion *in limine* and requests additional time to research the issue.

c. *Jury Nullification Arguments*

Mr. Baxter does not anticipate raising any jury nullification arguments.

d. *Business Records*

The government has proposed stipulations as to business records it intends to admit, including Verizon subscriber information, Google account information and Apple records. Mr. Baxter is considering the stipulations.

e. *Special Arrangements*

Mr. Baxter objected to the government's request that the Court designate the FBI SA Montya as the case agent and permit him to sit in the courtroom. The Court granted

the government's request over Mr. Baxter's objection on May 29, 2024. (Document 86).

## IV. STIPULATIONS

The government has proposed four stipulations. Mr. Baxter is still considering each stipulation at this time.

## V. PROPOSED VOIR DIRE QUESTIONS

Mr. Baxter does not have any additional proposed voir dire questions.

## VI. PROPOSED JURY INSTRUCTIONS

Mr. Baxter does not have any additional proposed jury instructions.

                                  Respectfully Submitted
                                  For the Defendant,
                                  PATRICK BAXTER,

                                  /s/ Natalie Sreca

                                  _____
                                  Natalie I. Sreca, Esq.
                                  Joseph B. Simons, Esq.
                                  Simons Law Office
                                  10 Post Office Square, Suite 800
                                  Boston, MA  02109
                                  (617) 544-9000
                                  BBO #684030

Dated:  September 24, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 24, 2024.

_/s/ Natalie Sreca_
_____

Natalie Sreca