UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Criminal No. 1:23-cr-10001-ADB |
| PATRICK BAXTER<br>Defendant | ) ) ) | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION IN *LIMINE* FOR PROPOSED SPECIFIC UNANIMITY INSTRUCITON**

    Now Comes the defendant, Patrick Baxter, and hereby assents to the Government's Motion in *Limine* for Proposed Specific Unanimity Instruction (Document 118). Defendant reserves the right to propose and review language for this instruction. Defendant further reserves the right to request a specific verdict form as described in the Government's motion.

    Respectfully Submitted
    For the Defendant,
    Patrick Baxter,

    */s/ Natalie Sreca*
    _____
    Natalie Sreca, Esq.
    Joseph B. Simons, Esq
    Simons Law Office
    10 Post Office Square, Suite 800
    Boston, MA  02109
    (617) 544-9000
    MA BBO #684030
    MA BBO# 706732

Dated:  October 3, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 3, 2024.

    */s/ Natalie Sreca*
    _____
    Natalie Sreca