UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  23-CR-10001-ADB |
| | ) | |
| PATRICK BAXTER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION IN LIMINE TO ADMIT BUSINESS RECORDS
WITHOUT KEEPER OF RECORDS**

The United States of America moves to admit, after having given notice to the defense, certain business records under Federal Rules of Evidence 803(6)(A-C) and 902(11).

The Trial Exhibits

On September 16, 2024, the government identified its trial exhibits to defense in its 21-day letter.  Those exhibits included Google, Inc and Apple, Inc. business records and certifications.  On that day, the government produced the Google business record.  The government had previously produced the Apple business record on June 20, 2024.

The Google business records show that the subscriber of the email address pwbaxter@gmail.com is Patrick Baxter.  The certification from Google attested to the fact the records were business records kept in the ordinary course of business and that the document produced was a duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  Pursuant to 28 U.S.C. § 1746, the certification was signed by Iesha Hunter, Records Custodian, Google Inc.

The Apple business records show that Patrick Baxter purchased an iPhone XS on December 23, 2018.  The certification from Apple attested to the fact the records were business records kept in the ordinary course of business and that the document produced was either an original or a duplicate of the original record.  Pursuant to 28 U.S.C. § 1746, the certification was signed by Sophia Fifer, Legal Specialist, Apple Inc.

Applicable Rules of Evidence

A business record can be admitted as an exhibit if all the conditions of Fed. R. Evid. 803(6)(A-C) are shown by testimony of the custodian or another qualified witness, or by a certification that complies with Fed. R. Evid. 902(11).  Fed. R. Evid. 803(6)(D); *U.S. Bank Trust N.A. for LSF9 Master Participation Trust v. Jones,* 925 F.3d 534, 537 (1st Cir. 2019). Fed. R. Evid. 902(11) states a copy of a domestic record that meets the requirements of 803 as shown by certification of a custodian or another qualified person are self-authenticating and require no extrinsic evidence of authenticity in order to be admitted.  *See also F.T.C. v. Direct Marketing*

*Concepts, Inc.,* 624 F.3d 1, 16 (1st Cir. 2010) ("Under 902(11), duplicate of domestic record of regularly conduct activity is admissible if accompanied by written declaration of custodian or other qualified person.")  Rule 902(11) requires that the proponent give the adverse party notice of its intent to offer the record and must make the record and certification available for inspection.

Here, government satisfies Rule 902(11) for the Google and Apple records.  The government has provided a certification from each company stating that the records satisfy the requirements of Rule 803(6), and it has given the requisite notice to the defense.  It will also produce both records and their accompanying certificates as trial exhibits today.

The government requests that the aforementioned business records be admitted as self-authenticating and without the need to call a keeper of records.[1]

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Jessica L. Soto*
DAVID G. TOBIN
JESSICA L. SOTO
Assistant United States Attorneys

Dated: October 4, 2024

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jessica L. Soto*
Jessica L. Soto
Assistant United States Attorney

Date:  October 4, 2024

---

[1] Counsel for the government conferred with defense counsel regarding stipulations to the facts contained in these business records but could not reach an agreement.  Parties also conferred about this motion; no agreement was reached.