UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cr. No. 23-10001-ADB |
| | ) | |
| PATRICK BAXTER, | ) | |
|    Defendant | ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by its attorneys, Acting United States Attorney Joshua S. Levy, and Assistant U.S. Attorneys Jessica L. Soto and David G. Tobin, hereby submits this list of exhibits that it intends to introduce or mark for identification during its case-in-chief. The government reserves the right to supplement or modify this list with reasonable notice to the defendant. The government also reserves the right to supplement or modify this list in light of the evidence admitted at trial.

| Exhibit No. | Description |
|---|---|
| 1 | Search Warrant Photo of Baxter Residence Front Exterior (USAO_000094) |
| 2-1 | SW Evidence Marker 1 (USAO_000217) |
| 2-2 | SW Evidence Marker 2 – Living Room SSD (USAO_000228) |
| 2-3 | SW Evidence Marker 3 (USAO_000237) |
| 2-4 | SW Evidence Marker 4 (USAO_000244) |
| 2-5 | SW Evidence Marker 5 (USAO_000254) |
| 2-6 | SW Evidence Marker 6 – Living Room Apple Laptop (USAO_000261) |
| 2-7 | SW Evidence Marker 7 (USAO_000270) |
| 2-8 | SW Evidence Marker 8 (USAO_000281) |
| 3 | Evidence Log of Seized Devices (USAO_0000016) |
| 4 | SW Bathroom Looking In (USAO_000161) |
| 5-1 | SW Child Bedroom Bed (USAO_000159) |

| | |
|---|---|
| 5-2 | SW Child Bedroom Rug (USAO_000157) |
| 6 | Samsung portable Solid State Drive ("SSD"), serial number SSTFNJ0NA08826K |
| 7 | Apple computer, serial number FVFXT26EJK7G |
| 8 | Screenshot of Operating System on SSD |
| 9 | Excel of Connected Device History |
| 10 | Screenshots of user profiles on SSD (backup and baxter) |
| 11 | Screenshots of visualization of backup user desktop |
| 12 | Screenshot of SSD backup user Apple ID Account info |
| 13 | Screenshot of SSD backup user web browser artifact |
| 14-1 | Excel of Freenet/downloads Folder Files |
| 14-2 | Screenshot of metadata for ████████ ████████.wmv |
| 14-3 | Screenshot of metadata for Metadata for VID_20200509_065009.mkv |
| 14-4 | Screenshot of metadata for video-33e5e3eceb2b |
| 15 | Excel of Downloads Folder Media Files |
| 16-1 | Minor 1 Image (IMG_4518) |
| 16-2 | Minor 1 Image (IMG_4509) |
| 17 | Minor 1 Family Image (3CB20658-5D42-4B3C-AC51-5A0E52EC45B6) |
| 18 | SSD videos containing child pornography |
| 19 | Clip of video titled "████████.wmv" (3 seconds) |
| 20 | Clip of video titled "VID_20200509_063009.mkv" (7 seconds) |
| 21 | Clip of video titled "video-33e5e3eceb2b64664a4b9b44bea27180-V.mp4" (7 seconds) |
| 22 | Clip of video titled "BDSM01.mp4" (4 seconds and 5 seconds) |
| 23 | Clip of video titled "████████.mp4" (7 seconds) |
| 24 | Clip of video titled "████████.avi" (4 seconds) |
| 25-1 | Video titled "July19-1.mov" (6 seconds) |
| 25-2 | Screenshot of video titled "July19-1.mov" |
| 25-3 | Video titled "July19-2.mov" (15 seconds) |

| | |
|---|---|
| 26-1 | Image titled "IMG_3564" |
| 26-2 | Image titled "IMG_3565" |
| 27-1 | Image titled "IMG_4190" |
| 27-2 | Image titled "IMG_4191" |
| 27-3 | Image titled "IMG_4192" |
| 27-4 | Image titled "IMG_4229" |
| 27-5 | Image titled "IMG_4230" |
| 27-6 | Image titled "IMG_4240" |
| 27-7 | Image titled "IMG_4435" |
| 27-8 | Image titled "IMG_4436" |
| 27-9 | Image titled "IMG_4445" |
| 27-10 | Image titled "IMG_4458" |
| 27-11 | Image titled "IMG_4460" |
| 27-12 | Image titled "IMG_4461" |
| 27-13 | Image titled "IMG_4462" |
| 27-14 | Image titled "IMG_4464" |
| 27-15 | Image titled "IMG_4465" |
| 27-16 | Image titled "IMG_4467" |
| 28 | Google Record and Certification |
| 29 | Apple Record and Certification |
| A | Descriptions of Exhibits 19-24 |

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Jessica L. Soto
DAVID G. TOBIN
JESSICA L. SOTO
Assistant U.S. Attorneys

Dated:  October 4, 2024