UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>)<br>PATRICK BAXTER,                           )<br>)<br>         Defendant.                    ) | CRIMINAL NO.  23-CR-10001-ADB |

## JURY VERDICT

We, the jury, find the defendant, Patrick Baxter:

**Count One:**

Possession of Child Pornography
18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)

_____ Not Guilty          _____Guilty

**Count Two:**

Receipt of Child Pornography
18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)

_____ Not Guilty          _____Guilty

**Count Three:**

Sexual Exploitation of Children
18 U.S.C. §§ 2251(a) and (e)

_____ Not Guilty          _____Guilty

I certify that the verdict is unanimous.

_____
Signature

_____
Foreperson

_____
Date

                                                Respectfully submitted,

                                                JOSHUA S. LEVY
                                                Acting United States Attorney

                                                */s/ Jessica L. Soto*
                                                DAVID G. TOBIN
                                                JESSICA L. SOTO
                                                Assistant United States Attorneys

Dated: October 9, 2024

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Jessica L. Soto*
                                                Jessica L. Soto
                                                Assistant United States Attorney

Date:  October 9, 2024