UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 23-CR-10001-ADB |
| ) | |
| PATRICK BAXTER, ) | |
| ) | |
| Defendant. ) | |

**<u>VERDICT FORM</u>**

## COUNT 1

1. Do you, the jury, find the Defendant not guilty or guilty of possessing child pornography as charged in Count One of the Indictment?

    \_\_\_\_ Not Guilty     ✓ Guilty

## COUNT 2

2. Do you, the jury, find the Defendant not guilty or guilty of receiving child pornography as charged in Count Two of the Indictment?

    \_\_\_\_ Not Guilty     ✓ Guilty

## COUNT 3

3. Do you, the jury, find the Defendant not guilty or guilty of sexual exploitation of children (production of child pornography) as charged in Count Three of the Indictment?

    \_\_\_\_ Not Guilty     ✓ Guilty

10/9/24
Date

George Peters
Foreperson