Exhibit 25

July 19-1
video

we have only audio

George Peters

NEED VIDEO

Try this:
① right click on video
② open with VLC media player

