AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES

V.

PATRICK BAXTER

## EXHIBIT AND WITNESS LIST

Case Number: 23CR-10001-ADB

| PRESIDING JUDGE<br>BURROUGHS | PLAINTIFF'S ATTORNEY<br>SOTO/TOBIN | DEFENDANT'S ATTORNEY<br>SIMONS/SCRECA |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER<br>MORTELLITE | COURTROOM DEPUTY<br>FOLAN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 10/8/2024 |  |  | Bryce Montoya - sworn and testifies |
| 1 |  | 10/8/2024 | x | x | Search warrant photo of Baxter residence |
| 2-1 |  | 10/8/2024 | x | x | Search Warrant Evidence Marker 1 |
| 2-2 |  | 10/8/2024 | x | x | Search Warrant Evidence Marker 2 |
| 2-3 |  | 10/8/2024 | x | x | Search Warrant Evidence Marker 3 |
| 2-4 |  | 10/8/2024 | x | x | Search Warrant Evidence Marker 4 |
| 2-5 |  | 10/8/2024 | x | x | Search Warrant Evidence Marker 5 |
| 2-6 |  | 10/8/2024 | x | x | Search Warrant Evidence Marker 6 |
| 2-7 |  | 10/8/2024 | x | x | Search Warrant Evidence Marker 7 |
| 2-8 |  | 10/8/2024 | x | x | Search Warrant Evidence Marker 8 |
| 3 |  | 10/8/2024 | x | x | Evidence log of seized devices |
| 4 |  | 10/8/2024 | x | x | Search warrant photo bathroom looking in |
| 5-1 |  | 10/8/2024 | x | x | Search warrant photo bedroom bed |
| 5-2 |  | 10/8/2024 | x | x | Search warrant photo bedroom rug |
| 6 |  | 10/8/2024 | x | x | Samsung portable SSD |
| 7 |  | 10/8/2024 | x | x | Apple computer |
| 8 |  | 10/8/2024 | x | x | Screenshot of Operating System on SSD |
| 9 |  | 10/8/2024 | x | x | Excel of Connected Device History |
| 10 |  | 10/8/2024 | x | x | Screenshot of user profiles on SSD (backup and Baxter) |
| 11 |  | 10/8/2024 | x | x | Screenshot of visualization of backup user desktop |
| 12 |  | 10/8/2024 | x | x | Screenshot of SSD backup user Apple ID Account info |
| 13 |  | 10/8/2024 | x | x | Screenshot of SSD backup user web browser artifact |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | vs. | | PATRICK BAXTER | CASE NO. 23-CR-10001-ADB |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 14-1 | | 10/8/2024 | x | x | Excel of Freenet/downloads folder files |
| 14-2 | | 10/8/2024 | x | x | screenshot of metadata |
| 14-3 | | 10/8/2024 | x | x | screenshot of metadata |
| 14-4 | | 10/8/2024 | x | x | screenshot of metadata |
| 15 | | 10/8/2024 | x | x | Excel downloads folder media files |
| 16-1 | | 10/8/2024 | x | x | Minor 1 image |
| 16-2 | | 10/8/2024 | x | x | Minor 1 image |
| 17 | | 10/8/2024 | x | x | Minor 1 family image |
| 18 | | 10/8/2024 | x | x | SSD videos |
| 19 | | 10/8/2024 | x | x | clip of video |
| 20 | | 10/8/2024 | x | x | clip of video |
| 21 | | 10/8/2024 | x | x | clip of video |
| 22 | | 10/8/2024 | x | x | clip of video |
| 23 | | 10/8/2024 | x | x | clip of video |
| 24 | | 10/8/2024 | x | x | clip of video |
| 25-1 | | 10/8/2024 | x | x | video |
| 25-2 | | 10/8/2024 | x | x | screenshot |
| 25-3 | | 10/8/2024 | x | x | video |
| 26-1 | | 10/8/2024 | x | x | photo |
| 26-2 | | 10/8/2024 | x | x | photo |
| 27-1 | | 10/8/2024 | x | x | photo |
| 27-2 | | 10/8/2024 | x | x | photo |
| 27-3 | | 10/8/2024 | x | x | photo |
| 27-4 | | 10/8/2024 | x | x | photo |
| 27-5 | | 10/8/2024 | x | x | photo |
| 27-6 | | 10/8/2024 | x | x | photo |
| 27-7 | | 10/8/2024 | x | x | photo |

≈AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | vs. | | PATRICK BAXTER | CASE NO. 23-CR-10001-ADB |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 27-8 | | 10/8/2024 | x | x | photo |
| 27-9 | | 10/8/2024 | x | x | photo |
| 27 - | 10 | 10/8/2024 | x | x | photo |
| 27 - | 11 | 10/8/2024 | x | x | photo |
| 27 - | 12 | 10/8/2024 | x | x | photo |
| 27 - | 13 | 10/8/2024 | x | x | photo |
| 27 - | 14 | 10/8/2024 | x | x | photo |
| 27 - | 15 | 10/8/2024 | x | x | photo |
| 27 - | 16 | 10/8/2024 | x | x | photo |
| 28 | | 10/8/2024 | x | x | Google record and certification |
| 29 | | 10/8/2024 | x | x | Apple record and certification |
| | | 10/8/2024 | | | Yu Kajita - sworn and testifies |
| | | 10/8/2024 | | | Amy Farella - sworn and testifies |
| | | 10/8/2024 | | | Vanessa Baxter - sworn and testifies |
| | | 10/9/2024 | | | Patrick Baxter - sworn and testifies |
| | 30 | 10/9/2024 | x | x | photo with data |