UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PATRICK BAXTER, )<br>       Defendant ) | No. 23-CR-10001-ADB |

### UNOPPOSED MOTION FOR LEAVE TO FILE 23-PAGE MOTION FOR BAIL PENDING APPEAL

Now comes the defendant Patrick Baxter, by and through undersigned counsel, and hereby respectfully requests leave to file a 23-page Motion for Bail Pending Appeal (a copy of which is attached as an Exhibit to this filing). As grounds and reasons therefor, the defense states that the three pages in excess of the general 20-page limit are necessary to fully address the complex legal and factual issues that Mr. Baxter's appeal will raise.

### COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with the Government, and the Government does not oppose this request for leave to file. The government, however, opposes the relief requested in the Motion for Bail Pending Appeal.

                                                        Respectfully Submitted,
                                                        PATRICK BAXTER
                                                        By His Attorneys,

                                                        **/s/ Martin G. Weinberg**
                                                        Martin G. Weinberg, Esq.

                                                                                             Mass. Bar No. 519480  
                                             20 Park Plaza, Suite 1000  
                                             Boston, MA 02116  
                                             (617) 227-3700  
                                             owlmgw@att.net

                                             **/s/ Michael Pabian**  
                                             Michael Pabian, Esq.  
                                             Mass. Bar No. 684589  
                                             20 Park Plaza, Suite 1000  
                                             Boston, MA 02116  
                                             (617) 227-3700  
                                             pabianlaw38@gmial.com

Dated: January 2, 2025

## CERTIFICATE OF SERVICE

     I, Martin G. Weinberg, hereby certify that on this date, January 2, 2025, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                                                  **/s/ Martin G. Weinberg**  
                                                                  Martin G. Weinberg, Esq.