The Honorable Judge Allison D. Boroughs
United States District Judge
c/o Simons Law Office
10 Post Office Square, Suite 800S
Boston, MA 02109

My Name is Vanessa Baxter I reside at 128 Prospect Street in Acton, MA. I am the spouse of Patrick Baxter. I have known Patrick for almost 15 years. I have always known him to be a very kind, generous, hardworking and outgoing individual, working hard to achieve a successful career as Engineering Manager. Receiving his bachelors in Civil Engineering from Worcester Polytechnic Institute.

Patrick has always been a caring and excellent father, willing to help with all the children's activities no matter how big or small. We worked together in building a life and a family. Our goal has always been that the children have a stable and safe home with parents who love them more than anything.

Patrick is always willing to help others, especially his parents who he is very close with, as am I. His parents are wonderful people who have been a great help to me.

I understand what Patrick has been convicted of and have hard a hard time understanding how this could be true. I have never witnessed any kind of questionable actions or statements from him that have been inappropriate or have made me uncomfortable.

Through everything Patrick has maintained his innocence. I supported him through it all as I would want someone to do for me. I was looking forward to all my questions being answered during the trial, but, instead I am left with so many unanswered questions that I feel will never be answered.

Over the past year and even after the conviction Patrick has always tried to stay positive and has been fully committed to help provide for the family in anyway that he can.

Thank you,

Vanessa Baxter