**Jean and David Baxter**
105 Audubon Drive
Acton MA 01720
781-864-2398
Pjeanbaxter@gmail.com

November 13, 2024

**The Honorable Judge Allison D. Boroughs**
United States District Judge
℅ Simons Law Office
10 Post Office Square
Suite 800S
Boston, MA 02109

Dear Judge Boroughs,

We are Patrick Baxter's parents and we are writing to you today to share our insight into Patrick's character and hopefully help you to know him a little better.

Patrick is our only child and has been a blessing to us since his childhood. As a teenager, he cared for my blind diabetic Mom so we could have a weekend away. He made her meals and administered her Insulin and let her know how much he loved her by staying with her to keep her company.  He was an excellent student and graduated near the top of his class at Bedford HS.  He was accepted at WPI and earned his degree in engineering in 4 years.

He has always worked since he was 14 and his employers gave him glowing reviews. His most recent position was with the City of Cambridge where he used his knowledge and interpersonal skills during difficult town meetings to help the citizens understand the changes in traffic patterns required to make commuting by bicycle safer.  The city made many changes to streets and parking and Patrick did have angry calls, texts and emails when residents were forced to lose parking. But he handled it with true professionalism.

After being forced to resign following his arrest, he immediately found another position to provide income for his family. This is not an engineering position and requires Patrick to be outside 8 hours a day in all weather inspecting cars.  Yet he never misses a day.

Patrick has a wonderful wife and 2 loving, well adjusted children. My husband and I have been close to them since they were born and they are the light of our lives! Patrick has a beautiful home that he has worked tirelessly to improve and maintain throughout this 3 year ordeal.

Our family is a very happy one, albeit small.  We have family celebrations with all the Baxter clan and his Aunts and Uncles have always admired and respected him. They were in the courtroom during the trial.  Please believe me when I say these charges are completely out of character for this man. Patrick is a very intelligent, caring family man.  He would never risk the shame his family is now facing by committing this crime. We are proud to call him our son and we will do whatever it takes to clear his name.

Sincerely,


Jean and David Baxter