James P. Baxter
21 Lemoyne St.
Braintree, MA 02184
jbaxterusa@yahoo.com

Honorable Allison D. Burroughs
United States Federal Judge
1 Courthouse Way
Boston, MA 02210
November 11, 2024

Dear Judge Burroughs:

My name is James Baxter. I am reaching out to you on behalf of my cousin, Patrick Baxter. Patrick was convicted in your court on October 9, 2024, on charges related to the receipt and possession of child pornography, as well as a third charge of sexual exploitation of children. I am writing in hopes of sharing a fuller picture of Patrick, one that I don't think has been conveyed in your courtroom or any of the documents associated with his case. As you can imagine, when the news broke of Patrick's arrest the Baxter family was in a complete state of shock. Patrick is my first cousin, one of eight first cousins on my father's side of our family. We are a close-knit family.

Patrick is a younger than I am. He lived 40 minutes away, and, as children, we had very different interests. I was into anything sports-related and Patrick was never into sports. His interests revolved more around reading, building model cars, and Boy Scouts. However, as we got older and began our professional careers we began grew closer. It wasn't until we both eventually married and had children that I began to truly appreciate our differences, admire his professional success, and bond with him over our shared commonality of marriage, fatherhood & love of family.

In 2013 my wife and I had twin girls. Our daughters were born almost 3 months premature and spent over 2 months in the neo-intensive care unit (NICU) at Brigham & Women's Hospital. Shortly after the premature birth of my twins, Patrick was one of the first family members to reach out and express concern & support. I was very appreciative of Patrick's concern; however, what impressed my wife and me most at the time was that he didn't just call once and then get back to his busy life. During our daughter's long hospital stay, Patrick reached out often, and his concern was genuine. Although those phone calls were a small gesture, they meant the world to my wife and me as we struggled to find balance in one of the most stressful times in our lives.

Patrick is a kind, caring man and a wonderful father to his two children, Finnegan, age 9, and Cecilia, age 6. They are truly his pride and joy, and for good reason, too. They are two of the sweetest children I have ever met. That is not by accident. They are a direct reflection of their hard-working, caring parents and grandparents, who shower them with love.

Patrick's parents, my Uncle David and Aunt Jean, have always been a big part of Patrick's life, and they now play just as big of a role in their only two grandchildren Finnegan and Cecilia's lives willingly and happily providing daycare allowing Patrick and his wife Vanessa to work full time. They even went so far as to sell the house they've lived in for the last 48 years to move closer to Patrick, Vanessa, and the kids.

On top of being a great father, my cousin, Patrick, is a wonderful, caring son to my Uncle David (my father's brother) and Aunt Jean. Patrick's parents are both recently retired nurses. My Uncle David, a cancer survivor, worked for over 40 years as an operating room nurse at Massachusetts Eye and Ear Hospital. My Aunt Jean spent the majority of her 35-plus year nursing career working in positions that specifically allowed her to be home for Patrick when he got home from school every day. Patrick spends a great deal of time with his parents and always has. Whether sharing family weekends on Lake Winnipesaukee or working on small projects together around the house with his Dad, they are as close a knit family as one could get. My Aunt and Uncle rely heavily on their son's support, even more so now as they are getting older.

Before his arrest in 2022, my cousin Patrick Baxter had never once been in trouble with the law. The Patrick I know is a kind, caring, gentle member of our family. He is a loving, considerate husband, a wonderful son who is always there for his parents, and most importantly, he is an amazing father to his beautiful children. Though Patrick may have made a grave error in judgment, he is by no means a danger to society. He is not a menacing criminal. I hope that you will consider this as you determine his sentence. I appreciate you taking the time to read my letter and thank you very much for your service to our great country.

Sincerely,
James P. Baxter

21 Loemayne St
Braintree, MA
02184
c/o Baxter

BOSTON MA
29 NOV 2024 PM 5

The Honorable Judge Allison D. Boroughs
United States District Judge
c/o Simons Law Office
10 Post Office ~~~~~~~~~
Boston ~~~~~

FWD

015  NFE 1     B24C0012/06/24
NOTIFY SENDER OF NEW ADDRESS
:BAY STATE IP LLC
PMB 1
50 MILK ST FL 16
BOSTON MA 02109-5002
BC: 02109500216     *1721-01664-29-37