Alissa Sweeney
999 Metropolitan Avenue
Boston, MA 02136

November 22, 2024

The Honorable Judge Allison D. Boroughs
United States District Judge
c/o Simons Law Office
10 Post Office Square, Suite 800S
Boston, MA 02109

Dear Judge Boroughs,

I am writing this letter to provide some insight and show my support for my cousin, Patrick Baxter, who was convicted in your court on Oct 9th, 2024. I was not in court for the two day trial but I was present at the arraignment in 2023.

My dad and Patrick's father are brothers. Patrick is my younger cousin. I have known him since he was a baby. We are seven years apart. I grew up in Dorchester and graduated from Boston Latin School and then from the University of Massachusetts, Amherst. I am married with two teenage children and presently live in Hyde Park. I have worked in the financial sector in the Boston area for over 28 years.

Patrick is a loving, gentle and intelligent man. He is a father to two beautiful children. He is a good husband and a good son. He is an only child and he has a wonderful relationship with his parents who rely on him. When our family first heard of the charges brought up against him, we could not fathom that it was Patrick that had been charged and immediately thought something was amiss. Nothing in any of Patrick's behavior has ever shown an inkling of this.

Reconciling that the person I know and the charges that Patrick has been convicted of is still very difficult as the person I know is good, loving, and sweet.

Patrick is soft-spoken and kind. He was a civil engineer for Newton and most recently Cambridge. He was very proud of the work he did to engineer safer bike lanes. He loves to discuss the changes that make the streets safer and prides himself on his work for these cities.

Every year, we have a big family Christmas. One of Patrick's favorite parts is the famous Yankee Swap and even though we had all gotten really sick of the giftcards, candles and chatchkes, Patrick always asked to keep it going. I think he loved the chaos of our family and the quips over our gift picks. Our family's Christmas will never be the same as we consider this a tragedy.

When my kids were younger, he took the time out of his weekend to come to one of their hockey games. He was generous with his time. He was amazed at how good the kids were on skates. One day, he commented on a picture of my kids skiing that I had posted online and said how cool it was and hoped to take his kids skiing one day. I don't know why that always stuck with me but I loved that he saw a picture of my kids and thought of his kids doing the same someday. It made me feel good.

I understand the gravity of the conviction and the sentencing guidelines that you are working with, Judge, but if you could please do whatever is in your power to be lenient with Patrick. He has always been an upstanding citizen. He has two young children who rely on him heavily. I can't even begin to comprehend how this will impact them. He has probably lost all hope of ever having a career again and relationships will never be the same as the shame that comes with this will last forever but please give him a chance.

Thank you,

*Alissa Sweeney*
Alissa Sweeney