*Anthony Baxter*
*100 Kingston Blvd*
*Hamilton, NJ 08690*
*617.549.4164*
*Amb200@aol.com*

**Honorable Allison D. Burroughs**
**United States Federal Judge**
**1 Courthouse Way**
**Boston, MA 02210**

**January 3, 2025**

**Dear Judge Burroughs:**

I write this letter for my nephew, Patrick Baxter, who was convicted in your court on October 9, 2024, of crimes related to child pornography. I attended the trial, and I appreciated your clear, concise handling of the proceedings. I also felt a profound sense of fairness in your judgments and judicial calm.

Patrick is the only child of my brother, David, and his wife, Jean.  He is a man who has brought his family a great deal of pride for his professional accomplishments and his personal attributes.  Patrick was an outstanding student at WPI and at the University of Massachusetts, Amherst where he studied for a master's degree. He is an intelligent, interesting, caring nephew and husband and a wonderful father to his two children. His backyard is testament to the woodworking skills he has learned along with his engineering skills to build tables, swings and other items for family enjoyment.

I have particular memories of my beloved nephew, Patrick. When he was a young man, he was a dedicated reader and a collector of Hardy Boys books of which I was a fan when young.  He always talked to me about his collection and favorite plots, a master class in Hardy Boys complexities!  In addition, our family has held a reunion for over 35 years each summer in Rhode Island.  Over the years I became the de facto head chef.  Patrick is the one young man in my family who consistently volunteered to assist in the cooking.  He did not make a big deal out of it, he just helped.  For a group of about fifty hungry family members, Patrick's thoughtfulness was much appreciated.  But that is the man I have known from a young age.  Patrick also did another activity which I admired for its community, humor and adventure. A group of car enthusiasts got together and bought the oldest clunkers they could safely operate and took a road trip from Staten Island to Florida while

searching for collectible clues placed in various places by the program organizers.  One car emerged the winner but for all it was a great experience.

In conclusion, I write this letter because I know Patrick is facing a prison sentence. Before I attended the trial, I knew little about child pornography cases except for their seriousness.  I was unaware of the draconian sentences that await conviction. I am in my 80th year. I worked in public education for over 40 years in regular and alternative schools in NYC and Boston area as a teacher and administrator. I am also an infantry veteran of Vietnam. I have married and raised two wonderful children. I am a man of many experiences. I have seen a great deal.  In that court I trusted your eyes on the trial.  I also know I trusted my own eyes and the sentences that await Patrick have nothing to do with justice. His life is ruined, he goes to prison for a long period of time and his life continues to be ruined after prison. The crimes deserve a sentencing. They do not deserve the Gulag. I wonder how many of those jurors knew they would be sending a man to jail for 15 mandatory years based on haphazard photos with the girl's father present. Something was wrong with that crime being charged in that manner. Justice, not vengeance, need to be served.

Sincerely,

Anthony Baxter