December 17, 2024

The Honorable Judge Allison D. Boroughs
United States District Judge
c/o Simons Law Office
Submitted via email

Re:     United States v. Baxter (1:23-cr-10001)

Dear Judge Boroughs

Patrick Baxter is a good man.  I know this well for I call him my friend, my best friend, in fact.  Having a best friend is such a middle school concept, but we became friends in middle school, so I give myself this liberty.  Since then, maybe 30 years ago, there have been few weeks where we have not talked, exchanged jokes, or had a good laugh in some way.  We lived together for around two years while in graduate school.  We have vacationed together.  We worked at the same firm for six or so years.  He stood beside me at my wedding, ahead of my own two brothers, and I stood beside him at his.  I am godfather to Patrick's boy, and I am sure that he would be godfather to one of my daughter if I were Catholic. We share many inside jokes and verbal tics, having been so close for so long.  I know his mind as well as I know any mind on earth, and I know that he is a good man.

Patrick and I both love bicycles.  I ride my bicycle for exercise, and sometimes to get places.  I like that feeling of doing something good for the planet while I do something good for myself.  Patrick, on the other hand, left private practice to dedicate his career to making busy urban roads safer for bicycles for everyone, which is a much more beneficial way to translate his love for bicycles into making a difference than my occasional ride.  Indeed, Patrick serves on a national committee working to rewrite the guide that all states and communities must use when designing roads to incorporate better, safer bicycle and pedestrian features.  Or, rather, he was serving on it, until the end of 2022.  This is typical for Patrick; he is outgoing, open, motivated to participate in his community, to help people, and to lead when something needs to be led.

In addition to his participation in the community, he is a loving, caring father.  I have seen his interactions with his children many times since they were born; always kind, never raising his voice, and patient through every interaction.  Around my children he was also, always, a saint, and I trusted him immensely.  I still trust him immensely and would have no problem with him around my children, were he allowed to be around them.

Patrick has experienced a calamity, though.  When satan approached god and asked whether he could test the faith of Job, he devised a series of horrendous disasters that took Job's life away.  In our world now, satan would need to do no more than what has befallen Patrick.  His whole life is gone.  His career, gone.  His relationship with his wife and children, forever changed.  His ability to participate in his community, rent from his present and his future.

As with Job's faith in god, Patrick's faith in humanity has not waivered.  You saw it from the bench, Judge.  Patrick sat on the stand and plainly explained his whole experience.  'If I tell the truth, all will be right' his mind said.  However, all is not right, and the calamity has passed from what may have been recoverable, to, now…. a life-destroying, never-ending, humiliation.  If I were in Patrick's place, I may not have survived to this point.

However, Patrick has continued.  Patrick has found work, which, while maybe not enjoyable much of the time, aligns with his interests, while meeting the conditions of the various restrictions placed upon him.  How

many of us would do this, and have not withdrawn into a permanent alcoholic stupor in whatever basement or streetside cardboard box or cold debris cluttered bridge abutment we could find? Not Patrick.

Patrick has also found a way to engage with his family, still. As allowed by the conditions of the various humiliations placed upon him, he still returns to his family's home to cut the grass, to help with repairs, and to signal to his wife and children, to the extent he is allowed, that he still cares about them deeply. How many of us would be able to overcome these embarrassments? How many of our wives would have stuck with us through all this? We all, who truly know him, have stuck with him. We all know that Patrick is a good man.

When Job's weaknesses were exposed and Job confessed his ignorance 'of things beyond him which he did not know' his friends made a burnt offering and Job's health, wealth, and family were restored. I truly believe that Patrick has said everything that there is for him to say, and that he does not understand how these things have come to be. The characterizations by the prosecution of the alleged acts that we heard in the trial are not that of the man that we know, nor of the man that is and will be.

Yet I fear that there is less hope for Patrick than for Job. If there was a burnt offering that we could make, with Patrick's wife, with my wife, with his parents and aunts and uncles and other friends who know that Patrick is a good man, we would do it. We would do it ten times over, a thousand times over, for we know that were he out in the world the police and the lawyers and the courts will never need to trouble themselves with this man ever again. Instead, he would be back to helping, to making things better.

The world is truly worse off for Patrick's prosecution. His children have lost a present and engaged father, although he will always do what he can to be there for them. His wife has lost a close and present husband, although he will always be there for her when he can. His community has lost a helper. Our nation has lost someone looking out for those in traffic on their feet or pushing their own two wheels. I have lost easy and close contact with my friend, although he is still and will always be my friend, my best friend.

Please, Judge, please…. have leniency on this man, on this good man. Please…. give him a chance to continue to reengage with his world, with our world, to the extent that you are able.

Respectfully submitted,

Daniel R. Buttrick
20 Paul Street
Easthampton, Massachusetts 01027
413-237-7489