UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) ) No. 23-CR-10001-ADB |
| PATRICK BAXTER,<br>       Defendant | ) ) ) ) ) |

## DEFENDANT'S NOTICE OF APPEAL

Now comes the defendant Patrick Baxter, by and through undersigned counsel, and hereby notices his appeal to the United States Court of Appeals for the First Circuit from the judgment of conviction and sentence entered in the above-captioned case on January 8, 2025.

                        Respectfully Submitted,
                        PATRICK BAXTER
                        By His Attorney,

                        **/s/ Michael Pabian**
                        Michael Pabian, Esq.
                        Mass. Bar No. 684589
                        20 Park Plaza, Suite 1000
                        Boston, MA 02116
                        (617) 227-3700
                        pabianlaw38@gmial.com

Dated: January 8, 2025

1

## **CERTIFICATE OF SERVICE**

    I, Michael Pabian, hereby certify that on this date, January 8, 2025, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Michael Pabian**
Michael Pabian, Esq.
