# United States Court of Appeals
## For the First Circuit

No. 25-1056

UNITED STATES,

Appellee,

v.

PATRICK BAXTER,

Defendant, Appellant.

**JUDGMENT**

Entered: June 8, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Patrick Baxter's conviction and sentence are affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Hon. Allison Dale Burroughs, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Martin G. Weinberg, Joseph Brian Simons, Michael Francis Pabian, David Gerard Tobin, Donald Campbell Lockhart, James J. Nagelberg, Jessica Lucia Soto, Alexia R. De Vincentis